United States District Court
Southern District of Texas
**ENTERED**
July 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY KLICK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-1583 |
| | § | |
| CENIKOR FOUNDATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Motion to Dismiss filed by Defendant Cenikor Foundation (hereinafter, "Defendant's Motion") (Doc. No. 17).  On June 27, 2019, Plaintiff Timothy Klick filed a First Amended Complaint (Doc. No. 20). Plaintiff's First Amended Complaint supersedes Plaintiff's Original Complaint (Doc. No. 1), which was the basis of Defendant's Motion to Dismiss. The amended pleading renders the Original Complaint of no legal effect. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994).  Therefore, Defendant's Motion to Dismiss (Doc. No. 17) is **DENIED AS MOOT**. The Court notes that Defendant is free to make whatever filings it deems appropriate in response to the First Amended Complaint, as the Court makes no determination of law as to its sufficiency.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 18th of July, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE