United States District Court
Southern District of Texas
**ENTERED**
February 25, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY KLICK, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-1583 |
| | § § | |
| CENIKOR FOUNDATION, | § § | |
| Defendant. | § | |

## ORDER

Before the Court are six collective actions brought under the Fair Labor Standards Act ("FLSA"). All parties have indicated their willingness to have the cases consolidated for pretrial purposes. On February 20, 2020, this Court held a status conference to consider consolidation. (Minute Entry 2/20/2020).

Rule 42(a) of the Federal Rules of Civil Procedure allows for consolidation of actions involving "a common question of law or fact." District courts maintain "very broad discretion in deciding whether or not to consolidate." *Frazier v. Garrison ISD*, 980 F.2d 1514, 1532 (5th Cir. 1993). A key focus is the avoidance of "unnecessary cost or delay." Fed. R. Civ. P. 42(a)(3).

The Court has reviewed the complaints on file in each action. All involve Defendant Cenikor Foundation as a defendant, and all allege similar FLSA violations. Pretrial consolidation would clearly promote judicial efficiency and reduce the time and cost of litigating the cases separately.

The Court hereby **GRANTS** consolidation. The Court **ORDERS** that the following actions should be consolidated for pretrial purposes into *Klick v. Cenikor Foundation*, No. 4:19-cv-1583:

- *Williams v. Cenikor Foundation*, No. 4:19-cv-2828;

1

- *Potter v. Cenikor Foundation, Inc.*, No. 4:19-cv-3031;

- *Aleem v. Cenikor Foundation*, No. 4:19-cv-3032;

- *Sorey v. Cenikor Foundation*, No. 4:19-cv-3033; and

- *Woods v. Cenikor Foundation*, No. 4:19-cv-4569.

Notwithstanding this Order, the Court currently intends to resolve dispositive motions on a case-by-case basis. Discovery requests that have already been served will be considered moot. Parties may submit new discovery requests pursuant to the Court's forthcoming proposed tentative discovery proposal.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 25th day of February, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE