UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| MALIK ALEEM, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CENIKOR FOUNDATION,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§   Civil Action No. 4:19-cv-03032<br>§                c/w 4:19-cv-1583<br>§<br>§<br>§<br>§<br>§ |

## ORDER ON
## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On the ____ day of _____ 2021, came to be considered Plaintiff Malik Aleem's Motion to file Amended Complaint. Having reviewed the motion, the Court is of the opinion the motion should be granted.

IT IS THEREFORE ORDERED that the First Amended Complaint shall be entered into the record and shall be the operative pleading for all purposes in this action.

Signed this _____ day of _____, 2021 in Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE

4849-6271-6907, v. 1