# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
February 6, 2024
Nathan Ochsner, Clerk of Court

No. 22-20434

---

TIMOTHY KLICK; WILTON CHAMBERS; MALIK ALEEM; JOHN POTTER; ANTHONY D. WOODS,

*Plaintiffs—Appellees,*

*versus*

CENIKOR FOUNDATION,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1583

---

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-20434    Klick v. Cenikor Foundation  
                       USDC No. 4:19-CV-1583

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Peter A. Conners, Deputy Clerk  
504-310-7685

Mr. Joshua Charles Borsellino  
Ms. Mary E. Buckley  
Mr. James Ridgley Bullman  
Mr. Christopher Dove  
Ms. Amelia A. Fogleman  
Mr. David Mitchell Gregory  
Ms. Kathleen Grossman  
Mr. Justin A Lollman  
Mr. Nathan Ochsner  
Mr. Andrew Wilson Reed  
Mr. Josh Sanford  
Mr. Charles J. Stiegler