# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
February 09, 2024
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
February 9, 2024
Lyle W. Cayce
Clerk

No. 22-20434

TIMOTHY KLICK; WILTON CHAMBERS; MALIK ALEEM; JOHN POTTER; ANTHONY D. WOODS,

*Plaintiffs—Appellees,*

versus

CENIKOR FOUNDATION,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1583

---

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT