UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY KLICK, Individually and on Behalf of All Others Similarly Situated, § § § *Plaintiff,* § § v. § § CENIKOR FOUNDATION, § § *Defendants.* § | Civil Action No. 4:19-cv-01583 |

# [PROPOSED] UNOPPOSED ORDER

**CONSIDERING** Plaintiff's Motion for a Status Hearing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. A status hearing is scheduled for [INSERT DATE NO EARLIER THAN THE WEEK OF OCTOBER 7, 2024]. The Parties are ordered to submit a proposed joint scheduling plan seven (7) days prior to the scheduled status hearing.

Signed this ___ day of _____, 2024.

_____
**THE HONORABLE KEITH P. ELLISON**
**UNITED STATES DISTRICT COURT JUDGE**