IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY KLICK, § <br> Individually and On Behalf of All § <br> Others Similarly Situated § <br>     *Plaintiff*, § <br> v. § <br> § <br> CENIKOR FOUNDATION § <br>     *Defendant*. § | Civil Action No. 4:19-cv-01583 |

**DEFENDANT CENIKOR FOUNDATION'S**
**RESPONSE TO PLAINTIFF'S MOTION FOR A STATUS HEARING**

Defendant Cenikor Foundation does not object to Plaintiffs' request for a status hearing; however, Plaintiff's counsel did not confer with Cenikor's counsel concerning availability for a status hearing beginning the week of October 7, 2024 before it filed its Motion despite Local Rule 7.1(d). All four of Cenikor's Locke Lord counsel are directly and substantially involved in preparation for, and will be present live at, a trial in Tulsa, Oklahoma set to begin on Tuesday, October 15, 2024 in *William A. Grubb v. DXP Enterprises, Inc.*, Case No. 4:19-cv-00443-JH-JFJ in the United States District Court for the Northern District of Oklahoma. Counsel anticipates that trial will last at least through Friday, October 18, 2024 and will likely continue on into the week starting Monday, October 21, 2024.

Because of pretrial deadlines and trial preparation in the afore-mentioned case and other ongoing matters, Cenikor's counsel has very limited availability between October 7, 2024, which is the week before trial, and October, 15, 2024, which is the start of trial that could last early into the week of October 21, 2024. Accordingly, Cenikor respectfully requests that a status hearing be scheduled no earlier than Friday, October 25, 2024.

Respectfully submitted,

*/s/ David M. Gregory*
**David M. Gregory**
Texas State Bar No. 24007274
Southern District of Texas No. 24397
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Phone: (713) 226-1344
Fax: (713) 223-3717
dgregory@lockelord.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**Andrew W. Reed**
Texas State Bar No. 24074935
Southern District of Texas No. 1140192
**Christopher Dove**
Texas State Bar No. 24032138
Southern District of Texas No. 37989
**Kathleen Grossman**
Texas State Bar No. 24109949
Southern District of Texas No. 3399013
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
andrew.reed@lockelord.com
cdove@lockelord.com
kathleen.grossman@lockelord.com

**Frank Sommerville**
Texas State Bar No. 18843700
Federal ID No. 18842700
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Telephone: (817) 795-5046
Facsimile: (800) 556-1869
fsommerville@wkpz.com

**Of Counsel for Defendant**

138750739v.1

## Certificate of Service

      I hereby certify that on September 17, 2024 a true and correct copy of this document was served on all counsel of record in the consolidated cases via ECF filing in accordance with the Federal Rules of Civil Procedure.

                                            /s/ *Andrew W. Reed*
                                            Andrew W. Reed

138750739v.1