United States District Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY KLICK, Individually and on Behalf of All Others Similarly Situated, § § § *Plaintiff,* § § v. § § CENIKOR FOUNDATION, § § *Defendant.* § | Civil Action No. 4:19-cv-01583 (consolidated with Civil Action Nos. 4:19-cv-03033, 4:19-cv-03032, 4:19-cv-03031, 4:19-cv-04569) |

## AGREED ORDER

Pursuant to the Court's telephonic conference with counsel on November 1, 2024, the pleadings on file, and all other considerations before the Court, IT IS HEREBY ORDERED THAT (i) all individuals that opted in to the Consolidated Cases (which includes Civil Action Nos. 4:19-cv-01583, 4:19-cv-03033, 4:19-cv-03032, 4:19-cv-03031, and 4:19-cv-04569) are dismissed without prejudice and (ii) the statute of limitations is tolled for any such individual for one hundred thirty-five (135) days from the date this Agreed Order is entered.

It is further ordered that the parties submit a proposed scheduling order within two (2) weeks of the date of this Order to set the deadlines for these cases.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 5th of November 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE