UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY KLICK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:19-cv-01583 |
| v. | § | (consolidated with Civil Action Nos. |
| | § | 4:19-cv-03033, 4:19-cv-03032, |
| CENIKOR FOUNDATION, | § | 4:19-cv-03031, 4:19-cv-04569) |
| | § | |
| *Defendant.* | § | |

**JOINT MOTION FOR ENTRY OF**
**PROPOSED SCHEDULING/DOCKET CONTROL ORDER**

In accordance with the Court's Agreed Order signed November 5, 2024, Plaintiffs in the Consolidated Cases (defined as Civil Action Nos. 4:19-cv-01583, 4:19-cv-03033, 4:19-cv-03032, 4:19-cv-03031, and 4:19-cv-04569) and Defendant Cenikor Foundation ("Defendant") hereby submit this Joint Motion for Entry of Scheduling/Docket Control Order and respectfully request that the Court enter the proposed Scheduling/Docket Control Order attached hereto as Exhibit A.

Dated: November 19, 2024                    Respectfully submitted,

                                            LOCKE LORD LLP

                                            By: */s/ David M. Gregory*
                                            David M. Gregory
                                            Texas State Bar No. 24007274
                                            Southern District ID No. 24397
                                            600 Travis Street, Suite 2800
                                            Houston, Texas 77002
                                            dgregory@lockelord.com
                                            Tel: (713) 226-1344
                                            Fax: (713) 223-3717

140474842v.1

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

Christopher Dove
Texas State Bar No. 24032138
Southern District ID No. 37989
Andrew W. Reed
Texas State Bar No. 24074935
Southern District ID No. 1140192
Kathleen Grossman
Texas State Bar No. 24109949
Southern District ID No. 3399013
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
Telephone (713) 226-1200
Facsimile (713) 223-3717
cdove@lockelord.com
andrew.reed@lockelord.com
kathleen.grossman@lockelord.com

Frank Sommerville
Texas State Bar No. 18842700
Southern District ID No. 9748
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Telephone (817) 795-5046
Facsimile (800) 556-1869
fsommerville@wkpz.com

**OF COUNSEL FOR DEFENDANT**

140474842v.1

## CERTIFICATE OF CONFERENCE

I certify that on November 18, 2024, I conferred with Mr. Doug Werman via email (with counsel for all Plaintiffs in the Consolidated Cases copied on the email), regarding this Joint Motion and the corresponding proposed Scheduling/Docket Control Order. Mr. Werman informed me that Plaintiffs in the Consolidated Cases are in agreement with the terms of the Joint Motion and the corresponding Scheduling/Docket Control Order.

/s/ David M. Gregory
David M. Gregory

## CERTIFICATE OF SERVICE

I certify that a copy of this Joint Motion and proposed Scheduling/Docket Control Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for the Plaintiffs by operation of the Court's electronic filing system.

/s/ David M. Gregory
David M. Gregory

140474842v.1