Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY KLICK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:19-cv-01583 |
| v. | § | (consolidated with Civil Action Nos. |
| | § | 4:19-cv-03033, 4:19-cv-03032, |
| CENIKOR FOUNDATION, | § | 4:19-cv-03031, 4:19-cv-04569) |
| | § | |
| *Defendant.* | § | |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial:  __2-3__  Days per trial          Jury: __X__   Non-Jury: _____
as consolidation does not apply to dispositive motions and trials.

1.    (a)    NEW PARTIES shall be joined by:                              N/A
              The Attorney causing the addition of new parties will
              provide copies of this Order to new parties.

      (b)    AMENDMENT TO PLEADINGS by Plaintiff or
              Counter-Plaintiff shall be filed by:                          N/A

2.    Rule 26 Disclosures Exchanged in each consolidated case:      January 21, 2025

3.    EXPERT WITNESSES for the PLAINTIFF will be
      identified by a report listing the qualifications of each
      expert, each opinion that the expert will present, and the
      basis for it. DUE DATE:                                          March 7, 2025

4.    EXPERT WITNESSES for the DEFENDANT will be
      identified by a report listing the qualifications of each
      expert, each opinion that the expert will present, and the
      basis for it. DUE DATE:                                          April 7, 2025

5.    DISCOVERY must be completed by:                                May 12, 2025
      Written discovery requests are not timely if they are filed      (Due at least two weeks before
      so close to this deadline that the recipient would not be        motions deadline)
      required under the Federal Rules of Civil Procedure to
      respond until after the deadline.

140338009v.3

Exhibit A

6.    DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                     May 30, 2025
      (except motions *in limine*) will be filed by:                    (Due 90 days prior to Trial)

7.    The parties shall report to the Court regarding their position(s)
      to have a consolidated trial or separate trials by:          June 13, 2025

IT IS SO ORDERED.

_____          _____
Date                                                          KEITH P. ELLISON
                                                              UNITED STATES DISTRICT JUDGE

140338009v.3