United States District Court
Southern District of Texas
**ENTERED**
November 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY KLICK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 4:19-cv-01583 |
| v. | § | (consolidated with Civil Action Nos. |
| | § | 4:19-cv-03033, 4:19-cv-03032, |
| CENIKOR FOUNDATION, | § | 4:19-cv-03031, 4:19-cv-04569) |
| | § | |
| *Defendant.* | § | |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __2-3__ Days per trial         Jury: __X__   Non-Jury: ____
as consolidation does not apply to dispositive motions and trials.

1. (a) NEW PARTIES shall be joined by:                                       __N/A__
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.

   (b) AMENDMENT TO PLEADINGS by Plaintiff or
   Counter-Plaintiff shall be filed by:                                      __N/A__

2. Rule 26 Disclosures Exchanged in each consolidated case:        __January 21, 2025__

3. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                                __March 7, 2025__

4. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                                __April 7, 2025__

5. DISCOVERY must be completed by:                                       __May 12, 2025__
   Written discovery requests are not timely if they are filed        (Due at least two weeks before
   so close to this deadline that the recipient would not be          motions deadline)
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

6.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS        May 30, 2025
    (except motions *in limine*) will be filed by:        (Due 90 days prior to Trial)

7.  The parties shall report to the Court regarding their position(s)
    to have a consolidated trial or separate trials by:        June 20, 2025

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 19th day of November, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE