# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY KLICK, § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No. 4:19-cv-01583 |
| v. § | (consolidated with Civil Action Nos. |
| § | 4:19-cv-03031, 4:19-cv-03032, |
| CENIKOR FOUNDATION, § | 4:19-cv-03033, 4:19-cv-04569) |
| § | |
| *Defendant*. § | |

## DEFENDANT'S NOTICE OF FIRM NAME CHANGE

Pursuant to Local Rule 83.4, Defendant Cenikor Foundation ("Cenikor") files this written notice to inform this Court that one of the firms representing Cenikor in this lawsuit (Civil Action No. 4:19-cv-01583) and the lawsuits consolidated with this action (including Civil Action Nos. 4:19-cv-03031, 4:19-cv-03032, 4:19-cv-03033, and 4:19-cv-04569) has merged.  Locke Lord LLP is now Troutman Pepper Locke LLP.  The complete contact information for these attorneys is in the signature block below. The physical address and telephone number remains the same, but the email addresses have been updated.  (The prior email addresses still work as well.)

Dated: February 7, 2025          Respectfully submitted,

        **TROUTMAN PEPPER LOCKE LLP**
        600 Travis Street, Suite 2800
        Houston, Texas 77002
        Telephone (713) 226-1200
        Facsimile (713) 223-3717

        By: /s/ *David M. Gregory*
        **David M. Gregory**
        Texas State Bar No. 24007274
        Federal Bar No. 24397
        david.gregory@troutman.com
        **ATTORNEY IN CHARGE FOR DEFENDANT**

143290857

        **TROUTMAN PEPPER LOCKE LLP**
        600 Travis Street, Suite 2800
        Houston, Texas 77002
        Telephone (713) 226-1200
        Facsimile (713) 223-3717
        **Andrew W. Reed**
        Texas State Bar No. 24074935
        Federal Bar No. 1140192
        andrew.reed@troutman.com
        **Christopher Dove**
        Texas State Bar No. 24032138
        Federal Bar No. 37989
        chris.dove@troutman.com

        **WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
        3030 Matlock Rd., Suite 20
        Arlington, Texas 76015
        Telephone (817) 795-5046
        Facsimile (800) 556-1869
        **Frank Sommerville**
        Texas State Bar No. 18842700
        Federal Bar No. 9748
        fsommerville@wkpz.com
        OF COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

 I certify that on February 7, 2025, I electronically transmitted the document above to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

            */s/ David M. Gregory*
            David M. Gregory

143290857