United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TIMOTHY KLICK,** § | |
| § | |
| *Plaintiff*, § | |
| VS. § | **CIVIL ACTION NO. 4:19-CV-1583** |
| § | **(consolidated with Civil Action Nos. 4:19-cv-** |
| § | **03031, 4:19-cv-03032, 4:19-cv-03033, 4:19-cv-** |
| § | **04569)** |
| § | |
| **CENIKOR FOUNDATIION,** § | |
| § | |
| *Defendant*. | |

## ORDER

The Parties in this case—Defendant Cenikor Foundation and Plaintiffs Timothy Klick, Wilton Chambers, Malik Aleem, John Potter, and Anthony Woods—filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 218. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure this action (Civil Action No. 4:19-cv-01583), all actions consolidated with this action (including Civil Action Nos. 4:19-cv-03031, 4:19-cv-03032, 4:19-cv-03033, and 4:19-cv-04569), and all claims and defenses asserted in all such actions are hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case, and all cases consolidated with this action.

   **IT IS SO ORDERED.**

   **SIGNED** at Houston, Texas on this the 11th of February 2025

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE